# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9531872: "Communication apparatus for providing an indication about a missed call, and method thereof"**

**against**

**Samsung CMS**

## US9531872B2

United States

Inventor Carolina De Carney

Current Assignee Naxos Finance SA

Worldwide applications

2010 WO US CN ES KR EP

| 13/811,195 | is a National Stage Entry of | PCT/EP2010/060585 | 07/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

358 days

CLAIMS

10. A method for providing an indication about a missed call, said method comprising the following steps:

receiving an incoming call by means of a communication apparatus comprising receiving means;

processing said received incoming call by means of a control unit coupled to said receiving means;

outputting, by means of an output means, information related to the received incoming call to a user of the communication apparatus;

wherein said step of outputting information is performed by cause processing means associated to said control unit, said cause processing means performing the steps of:

verifying if the received incoming call is a missed received incoming call that was received by the communication apparatus but was not answered by the user of the communication apparatus;

extracting a cause value from a cause information element sent from a network to said apparatus; and

outputting to the user an indication related to the cause value via the output means;

wherein said step of outputting to the user an indication related to the cause value is performed through the steps of:

verifying when the cause value comprises an indication that the missed received incoming call was automatically caused by the network, and in such a case consequently outputting to the user via said output means said indication that the missed received incoming call was ended by the network and was urgent; and

verifying when the cause value comprises an indication that the missed received incoming call was cleared by the caller, and in such a case outputting to the user via said output means an indication that the missed received incoming call was ended by the caller.

| **US9531872**<br>**Claim 10** | **Samsung CMS** |
|---|---|
| 10. A method for providing an **indication about a missed call**, said method comprising the following steps: | *Samsung has a product called "Samsung CMS" which has a method for providing an* ***indication about a missed call****.*<br><br><br><http://www.cmsforsamsung.com/><br><br> |

| **US9531872**<br>**Claim 10** | **Samsung CMS** |
|---|---|
| **receiving an incoming call** by means of a **communication apparatus** comprising receiving means; | *Samsung CMS **receives** incoming "calls". The **receiving means** is the "Interactive Voice Response system", which has a receiver module in a **communication apparatus**.*<br><br>TIME AND RESOURCE SAVINGS<br>The built-in Interactive Voice Response system enables calls to be processed more efficiently inside and outside office hours. It can be used during busy periods to enable callers to leave messages, self-service or route calls to the appropriate agent.office, enabling agents to work remotely using their mobile devices.<br><br><https://www.c2mtech.com/downloads/pdf/sales_brochures/Samsung_SCC_Pro_Sales_Brochure_03_2014.pdf> 2014-03-10 |

| **US9531872**<br>**Claim 10** | **Samsung CMS** |
|---|---|
| **processing said received incoming call** by means of a **control unit** coupled to said receiving means; | *Then, Samsung CMS* ***processes the received incoming call by its control unit*** *which must be coupled to the "Interactive Voice Response system" in order to achieve its function which is "system enables calls to be processed". Samsung CMS has "CMS Agent" which has call* ***control unit*** *as shown below.*<br><br>**TIME AND RESOURCE SAVINGS**<br>The built-in Interactive Voice Response system enables calls to be processed more efficiently inside and outside office hours. It can be used during busy periods to enable callers to leave messages, self-service or route calls to the appropriate agent.office, enabling agents to work remotely using their mobile devices.<br><https://www.c2mtech.com/downloads/pdf/sales_brochures/Samsung_SCC_Pro_Sales_Brochure_03_2014.pdf> 2014-03-10<br><br>**CMS Agent: Agent Seat License**<br>Agent seat licenses are installed on agent desktops for call control, call preview, personal call history and database integration*.<br><br>**CMS Dial**<br>CMS Dial progressive and predictive automated outbound dialers streamline call handling.<br><br>* Professional services required.<br><br><br><br><br><https://c2mtech.com/downloads/pdf/sales_brochures/140304_cmscontact%20(1).pdf> 2014-03-05 |

| US9531872<br>Claim 10 | Samsung CMS |
|---|---|
| outputting, by means of an **output means**, **information related to the received incoming call** to a user of the **communication apparatus**; | *The input to Samsung CMS is the processed incoming call, and the output from Samsung CMS related to the* ***received incoming call*** *is extracted* ***information****, i.e., "Caller information".* ***Output means*** *is "Agent desktop software" with "personal call history and database integration". The "mobile devices" are* ***communication apparatuses*** *and* ***output means****.*<br><br>**Call Preview**<br><br>Call preview appears when a call is delivered to your extension, you can click on it to answer the call. Caller information is displayed if available in your directory.<br><br><https://c2mtech.com/downloads/pdf/sales_brochures/140304_cmscontact%20(1).pdf> 2014-03-05<br><br>**TIME AND RESOURCE SAVINGS**<br>The built-in Interactive Voice Response system enables calls to be processed more efficiently inside and outside office hours. It can be used during busy periods to enable callers to leave messages, self-service or route calls to the appropriate agent.office, enabling agents to work remotely using their mobile devices.<br><br><https://www.c2mtech.com/downloads/pdf/sales_brochures/Samsung_SCC_Pro_Sales_Brochure_03_2014.pdf> 2014-03-10 |



CMS Agent: Agent Seat License
Agent seat licenses are installed on agent desktops for call control, call preview, personal call history and database integration*.
CMS Dial
CMS Dial progressive and predictive automated outbound dialers streamline call handling.
* Professional services required.
1 CMS SUPERVISOR
For calls queuing, hold time, group wallboards, dashboards and reporting on agent activity
2 CMS AGENT: SUPERVISOR CONTROL
CTI for supervisor to control and view live agent status
3 CMS AGENT: AGENT SEAT LICENSE
Agent desktop software for call control, call preview, personal call history and database integration
4 CMS DIAL
Add outbound progressive or predictive dialer to contact center agent desktop application
Samsung
CMScontact
contact center analytics & agent call control
THE 4 ELEMENTS OF CMS CONTACT
CMS CONTACT REQUIRES A CMS REPORT LICENSE

<https://c2mtech.com/downloads/pdf/sales_brochures/140304_cmscontact%20(1).pdf>
2014-03-05

Confidential - Subject to FRE 408

<table>
<tr><th>US9531872<br>Claim 10</th><th>Samsung CMS</th></tr>
<tr><td>wherein said step of outputting information is performed by cause processing means associated to said control unit, said cause processing means performing the steps of:<br><br>verifying if the received incoming call is a missed received incoming call that was received by the communication apparatus but was not answered by the user of the communication apparatus;</td><td>Samsung CMS performs cause processing of incoming "Calls".

<https://www.c2mtech.com/downloads/pdf/sales_brochures/140304_cmsreport%20(1).pdf> 2014-03-05

Samsung CMS states that the "Unanswered", which means that missed received incoming call that was received by the communication apparatus ("Interactive Voice Response system") but was not answered by its user ("Missed/Unreturned Missed Calls").</td></tr>
</table>

| | Missed/Unreturned Missed Calls<br><br>The missed calls report provides a list of missed calls by extension. Missed calls are defined as unreturned when either the caller has not called back and been answered successfully, or when a member of staff has not yet returned the call.<br><br>The unreturned missed calls report will provide a concise list of callers who have not been called back within a certain period or between a selected range of dates. Unreturned missed calls can be identified in real-time by intelligent CLI (Calling Line Identity), enabling a rapid recovery of abandoned or lost calls. This report can be displayed in real-time as a widget.<br><br><https://www.c2mtech.com/downloads/pdf/sales_brochures/140304_cmsreport%20(1).pdf> 2014-03-05 |
|---|---|

Confidential - Subject to FRE 408

| **US9531872**<br>**Claim 10** | **Samsung CMS** |
|---|---|
| extracting a **cause value** from a **cause information element** sent from a **network** to said apparatus; and | *Samsung CMS lists various different types of "Calls" in a telephone system that were **extracted** ("Missed", Bounced", "Incoming Transfered"), which correspond to various different types of **cause value** ("Missed", Bounced", "Incoming Transfered") associated with **cause information element** ("Missed", Bounced", "Incoming Transfered"). Plaintiff contends that telephone system is in a **network**, as shown below.* |

Refresh Report | Create Widget | Add to My Reports | Print | eMail | Save | Pop Out | Close

Extension Summary    Report Period: 14 Aug 2013

Report | Chart | Filters

SUMMARY

| Total Calls | Total In | Total Missed | Total Bounced | Total Out |
|---|---|---|---|---|
| 1752 | 1136 | 127 | 784 | 616 |

DETAILS

| Extension | User | Total Calls | Avg. talktime | Out | Avg. Outgoing | International | National | Local | Mobile | Others | Cost | In | Avg. Incoming | Missed | Bounced | Incoming Transfered | Internal | Network | Total Talktime |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | Daniel | 20 | 00:03:09 | 11 | 00:01:32 | 0 | 5 | 0 | 6 | 0 | 1.44 | 9 | 00:05:07 | 0 | 1 | 0 | 0 | 0 | 01:03:05 |
| 2002 | Amanda | 31 | 00:03:46 | 8 | 00:04:38 | 0 | 5 | 0 | 1 | 2 | 1.85 | 23 | 00:03:28 | 0 | 20 | 1 | 0 | 0 | 01:56:55 |
| 2006 | Gregg | 138 | 00:01:13 | 51 | 00:00:51 | 0 | 5 | 0 | 43 | 3 | 4.43 | 87 | 00:01:25 | 0 | 16 | 12 | 0 | 0 | 02:48:05 |
| 2012 | Kayleigh | 177 | 00:01:24 | 110 | 00:00:52 | 0 | 29 | 1 | 64 | 16 | 9 | 67 | 00:02:16 | 0 | 25 | 7 | 0 | 0 | 04:09:12 |
| 2015 | Jane | 152 | 00:01:46 | 77 | 00:00:50 | 3 | 19 | 0 | 50 | 5 | 7.09 | 75 | 00:02:43 | 1 | 13 | 8 | 0 | 0 | 04:28:47 |
| 2016 | Sian | 159 | 00:01:31 | 95 | 00:00:45 | 0 | 23 | 0 | 58 | 14 | 7.11 | 64 | 00:02:40 | 0 | 34 | 8 | 0 | 0 | 04:02:55 |
| 2017 | Jorgia | 2 | 00:00:00 | 0 | 00:00:00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 00:00:00 | 2 | 27 | 0 | 0 | 0 | 00:00:00 |
| 2018 | Jane | 188 | 00:01:09 | 125 | 00:00:43 | 0 | 22 | 0 | 93 | 10 | 10.16 | 63 | 00:02:02 | 0 | 50 | 6 | 0 | 0 | 03:39:02 |
| 2021 | Dean | 139 | 00:01:27 | 54 | 00:01:11 | 0 | 11 | 0 | 34 | 9 | 6.47 | 85 | 00:01:37 | 0 | 30 | 5 | 0 | 0 | 03:22:05 |

<https://www.c2mtech.com/downloads/pdf/sales_brochures/140304_cmsreport%20(1).pdf> 2014-03-05

| US9531872<br>Claim 10 | Samsung CMS |
|---|---|
| **outputting** to the user an indication related to the **cause value** via the output means; | *Samsung CMS **outputs** various different types of "Calls" that were **extracted**, which correspond to various different types of **cause value** ("Missed", Bounced", "Incoming Transfered") (display or speaker, as specified in patent specification).*<br><br><https://www.c2mtech.com/downloads/pdf/sales_brochures/140304_cmsreport%20(1).pdf> 2014-03-05 |

SUMMARY

| Total Calls | Total In | Total Missed | Total Bounced | Total Out |
|---|---|---|---|---|
| 1752 | 1136 | 127 | 784 | 616 |

DETAILS

| Extension | User | Total Calls | Avg. talktime | Out | Avg. Outgoing | International | National | Local | Mobile | Others | Cost | In | Avg. Incoming | Missed | Bounced | Incoming Transfered | Internal | Network | Total Talktime |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | Daniel | 20 | 00:03:09 | 11 | 00:01:32 | 0 | 5 | 0 | 6 | 0 | 1.44 | 9 | 00:05:07 | 0 | 1 | 0 | 0 | 0 | 01:03:05 |
| 2002 | Amanda | 31 | 00:03:46 | 8 | 00:04:38 | 0 | 5 | 0 | 1 | 2 | 1.85 | 23 | 00:03:28 | 0 | 20 | 1 | 0 | 0 | 01:56:55 |
| 2006 | Gregg | 138 | 00:01:13 | 51 | 00:00:51 | 0 | 5 | 0 | 43 | 3 | 4.43 | 87 | 00:01:25 | 0 | 16 | 12 | 0 | 0 | 02:48:05 |
| 2012 | Kayleigh | 177 | 00:01:24 | 110 | 00:00:52 | 0 | 29 | 1 | 64 | 16 | 9 | 67 | 00:02:16 | 0 | 25 | 7 | 0 | 0 | 04:09:12 |
| 2015 | Jane | 152 | 00:01:46 | 77 | 00:00:50 | 3 | 19 | 0 | 50 | 5 | 7.09 | 75 | 00:02:43 | 1 | 13 | 8 | 0 | 0 | 04:28:47 |
| 2016 | Sian | 159 | 00:01:31 | 95 | 00:00:45 | 0 | 23 | 0 | 58 | 14 | 7.11 | 64 | 00:02:40 | 0 | 34 | 8 | 0 | 0 | 04:02:55 |
| 2017 | Jorgia | 2 | 00:00:00 | 0 | 00:00:00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 00:00:00 | 2 | 27 | 0 | 0 | 0 | 00:00:00 |
| 2018 | Jane | 188 | 00:01:09 | 125 | 00:00:43 | 0 | 22 | 0 | 93 | 10 | 10.16 | 63 | 00:02:02 | 0 | 50 | 6 | 0 | 0 | 03:39:02 |
| 2021 | Dean | 139 | 00:01:27 | 54 | 00:01:11 | 0 | 11 | 0 | 34 | 9 | 6.47 | 85 | 00:01:37 | 0 | 30 | 5 | 0 | 0 | 03:22:05 |

| **US9531872 Claim 10** | **Samsung CMS** |
|---|---|

**US9531872 Claim 10:**

wherein said step of **outputting** to the user an **indication related to the cause value** is performed through the steps of:

**verifying** when the cause value comprises an indication that the **missed received incoming call was automatically caused by the network**, and in such a case **consequently outputting** to the user via said output means said indication that the **missed received incoming call** was ended by the network and was **urgent**; and

**Samsung CMS:**

*Here is the* ***output of an indication related to the cause value****.*

SUMMARY

| Total Calls | Total In | Total Missed | Total Bounced | Total Out |
|---|---|---|---|---|
| 1752 | 1136 | 127 | 784 | 616 |

DETAILS

| Extension | User | Total Calls | Avg. talktime | Out | Avg. Outgoing | International | National | Local | Mobile | Others | Cost | In | Avg. Incoming | Missed | Bounced | Incoming Transfered | Internal | Network | Total Talktime |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | Daniel | 20 | 00:03:09 | 11 | 00:01:32 | 0 | 5 | 0 | 6 | 0 | 1.44 | 9 | 00:05:07 | 0 | 1 | 0 | 0 | 0 | 01:03:05 |
| 2002 | Amanda | 31 | 00:03:46 | 8 | 00:04:38 | 0 | 5 | 0 | 1 | 2 | 1.85 | 23 | 00:03:28 | 0 | 20 | 1 | 0 | 0 | 01:56:55 |
| 2006 | Gregg | 138 | 00:01:13 | 51 | 00:00:51 | 0 | 5 | 0 | 43 | 3 | 4.43 | 87 | 00:01:25 | 0 | 16 | 12 | 0 | 0 | 02:48:05 |
| 2012 | Kayleigh | 177 | 00:01:24 | 110 | 00:00:52 | 0 | 29 | 1 | 64 | 16 | 9 | 67 | 00:02:16 | 0 | 25 | 7 | 0 | 0 | 04:09:12 |
| 2015 | Jane | 152 | 00:01:46 | 77 | 00:00:50 | 3 | 19 | 0 | 50 | 5 | 7.09 | 75 | 00:02:43 | 1 | 13 | 8 | 0 | 0 | 04:28:47 |
| 2016 | Sian | 159 | 00:01:31 | 95 | 00:00:45 | 0 | 23 | 0 | 58 | 14 | 7.11 | 64 | 00:02:40 | 0 | 34 | 8 | 0 | 0 | 04:02:55 |
| 2017 | Jorgia | 2 | 00:00:00 | 0 | 00:00:00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 00:00:00 | 2 | 27 | 0 | 0 | 0 | 00:00:00 |
| 2018 | Jane | 188 | 00:01:09 | 125 | 00:00:43 | 0 | 22 | 0 | 93 | 10 | 10.16 | 63 | 00:02:02 | 0 | 50 | 6 | 0 | 0 | 03:39:02 |
| 2021 | Dean | 139 | 00:01:27 | 54 | 00:01:11 | 0 | 11 | 0 | 34 | 9 | 6.47 | 85 | 00:01:37 | 0 | 30 | 5 | 0 | 0 | 03:22:05 |

<https://www.c2mtech.com/downloads/pdf/sales_brochures/140304_cmsreport%20(1).pdf> 2014-03-05

*Samsung CMS records the number of "Incoming Transfered",* ***verifying*** *that* ***missed received incoming call was automatically caused by the network*** *and forwarded to voicemail, i.e., "transferred to a voice mail message". The* ***communication apparatus*** *("Interactive Voice Response system")* ***consequently outputs*** *the number of incoming calls that were "transferred to a voice mail message", as shown above.* ***The missed received incoming call was ended by the network*** *(not* ***by the caller*** *but by the "voice mail" system, and the* ***missed received incoming call was urgent*** *because the system forwarded the call to "voice mail" system "after a considerable amount of rings" (from FIELD OF THE INVENTION).*

| | |
|---|---|
| | **Predictive dialing** is most effective in campaigns that are fairly straightforward, such as commodity product sales.<br><br>A **predictive dialer** predicts when an agent will become available. The dialing rate is controlled to maintain a contact rate that is synchronized with operator availability predictions. This method of dialing results in a small percentage of 'abandoned' or 'silent' calls; where customers receive calls when no agent is actually available. These calls can be transferred to a voice mail message.<br><br><https://c2mtech.com/downloads/pdf/sales_brochures/140304_cmscontact%20(1).pdf> 2014-03-05 |

| **US9531872**<br>**Claim 10** | **Samsung CMS** |
| --- | --- |
| **verifying** when the **cause value** comprises an **indication** that the **missed received incoming call was cleared by the caller**, and in such a case outputting to the user via said output means an indication that the missed received **incoming call was ended by the caller**. | *For outputting an **indication** related to the **cause value**, Samsung CMS records the number of incoming calls cleared by the caller ("Missed"), **verifying** that **missed received incoming call was cleared by the caller**. The **communication apparatus** "(Interactive Voice Response system") consequently outputs the number of incoming calls cleared by the caller ("Missed"), **verifying** that **missed received incoming call was cleared by the caller** to its user, i.e., the **missed received incoming call was ended by the caller**.* |

Extension Summary    Report Period: 14 Aug 2013

Report    Chart    Filters

SUMMARY

| Total Calls | Total In | Total Missed | Total Bounced | Total Out |
| --- | --- | --- | --- | --- |
| 1752 | 1136 | 127 | 784 | 616 |

DETAILS

| Extension | User | Total Calls | Avg. talktime | Out | Avg. Outgoing | International | National | Local | Mobile | Others | Cost | In | Avg. Incoming | Missed | Bounced | Incoming Transfered | Internal | Network | Total Talktime |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2001 | Daniel | 20 | 00:03:09 | 11 | 00:01:32 | 0 | 5 | 0 | 6 | 0 | 1.44 | 9 | 00:05:07 | 0 | 1 | 0 | 0 | 0 | 01:03:05 |
| 2002 | Amanda | 31 | 00:03:46 | 8 | 00:04:38 | 0 | 5 | 0 | 1 | 2 | 1.85 | 23 | 00:03:28 | 0 | 20 | 1 | 0 | 0 | 01:56:55 |
| 2006 | Gregg | 138 | 00:01:13 | 51 | 00:00:51 | 0 | 5 | 0 | 43 | 3 | 4.43 | 87 | 00:01:25 | 0 | 16 | 12 | 0 | 0 | 02:48:05 |
| 2012 | Kayleigh | 177 | 00:01:24 | 110 | 00:00:52 | 0 | 29 | 1 | 64 | 16 | 9 | 67 | 00:02:16 | 0 | 25 | 7 | 0 | 0 | 04:09:12 |
| 2015 | Jane | 152 | 00:01:46 | 77 | 00:00:50 | 3 | 19 | 0 | 50 | 5 | 7.09 | 75 | 00:02:43 | 1 | 13 | 8 | 0 | 0 | 04:28:47 |
| 2016 | Sian | 159 | 00:01:31 | 95 | 00:00:45 | 0 | 23 | 0 | 58 | 14 | 7.11 | 64 | 00:02:40 | 0 | 34 | 8 | 0 | 0 | 04:02:55 |
| 2017 | Jorgia | 2 | 00:00:00 | 0 | 00:00:00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 00:00:00 | 2 | 27 | 0 | 0 | 0 | 00:00:00 |
| 2018 | Jane | 188 | 00:01:09 | 125 | 00:00:43 | 0 | 22 | 0 | 93 | 10 | 10.16 | 63 | 00:02:02 | 0 | 50 | 6 | 0 | 0 | 03:39:02 |
| 2021 | Dean | 139 | 00:01:27 | 54 | 00:01:11 | 0 | 11 | 0 | 34 | 9 | 6.47 | 85 | 00:01:37 | 0 | 30 | 5 | 0 | 0 | 03:22:05 |

<https://www.c2mtech.com/downloads/pdf/sales_brochures/140304_cmsreport%20(1).pdf> 2014-03-05