IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MISSED CALL, LLC,**<br>        **Plaintiff,**<br><br>**v.**<br><br>**SAMSUNG ELECTRONICS AMERICA,**<br>**INC.,**<br>        **Defendant** | **Civil Action No. 2:26-cv-00155**<br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Missed Call, LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1.  Missed Call, LLC

2.  Ramey LLP

DATED: February 27, 2026                    Respectfully submitted,

                                                            **Ramey LLP**

                                            By: _/s/ William P. Ramey, III_
                                                  William P. Ramey, III
                                                  Texas Bar No. 24027643
                                                  446 Heights Blvd., Suite 200
                                                  Houston, Texas 77007
                                                  (713) 426-3923 (telephone)
                                                  (832) 900-4941 (fax)
                                                  wramey@rameyfirm.com

                                                  ***Attorneys for Missed Call, LLC***